### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

TRANISE LANDRY                                   CASE NO.  6:24-CV-00039

VERSUS                                           JUDGE ROBERT R. SUMMERHAYS

GREAT AMERICAN INSURANCE CO ET AL    MAGISTRATE JUDGE DAVID J. AYO

### JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Rule 12( B)(6) Motion to Dismiss filed by Defendant Greenwich Insurance Company (Rec. Doc. 29) is GRANTED and that Plaintiff Tranise Landry's claims against Greenwich are DISMISSED WITHOUT PREJUDICE.

Signed at Lafayette, Louisiana, this 1st day of August, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE